UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CINDY L. WILBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-8 |
| | ) | (Phillips) |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND OPINION

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton [Doc. 17]. There have been no timely objections to the R&R [Doc. 17], and enough time has passed since the filing of the R&R [Doc. 17] to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion, and thereby adopts the R&R [Doc. 17] in its entirety. Accordingly, for the reasons stated by Judge Guyton in the R&R [Doc. 17], Plaintiff's Motion for Judgment on the Pleadings [Doc. 11] is **GRANTED IN PART** and **DENIED IN PART**, and the Commissioner's Motion for Summary Judgment [Doc. 15] is **GRANTED IN PART** and **DENIED IN PART**. In particular, the Court agrees that substantial evidence supports the Administrative Law Judge's findings as to Plaintiff's mental capacity, but as more fully explained in the R&R [Doc. 17], the Court finds that this case should be **REMANDED** to address Dr. E. Smith's opinion regarding

1

Plaintiff's physical capacity.

**IT IS SO ORDERED.**

**ENTER:**

                            s/ Thomas W. Phillips
                          United States District Judge