UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **CINDY L. WILBURN,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-08 |
| | ) | (Phillips/Guyton) |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| Defendant. | ) | |

## ORDER

This Social Security matter comes before the court on Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Doc. 19], and the report and recommendation filed on August 23, 2011 by United States Magistrate Judge H. Bruce Guyton [Doc. 23]. There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that Plaintiff's motion for attorney fees [Doc. 19] should be **GRANTED**. Accordingly, the court **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is **ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that Plaintiff's motion for attorney fees [Doc. 19] is

**GRANTED** and a judgment awarding Plaintiff the amount of **two thousand seven hundred and seventy-nine dollars ($2,779.00) for attorney fees** is **ENTERED**.

       **IT IS SO ORDERED**.

       **ENTER:**

           s/ Thomas W. Phillips
           United States District Judge